NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CORTEZ A. DAVIS,
a/k/a CORTEZ ANTONIO DAVIS,

    Appellant,

v.                              Case No. 2D18-1251

STATE OF FLORIDA,

    Appellee.

Opinion filed November 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Nancy Moate Ley, Judge.

PER CURIAM.

        Affirmed.

VILLANTI, KHOUZAM, and SALARIO, JJ., Concur.